IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANIEL VERA,**
ADC #133690                                                                                                    **PLAINTIFF**

v.                                        Case No. 4:15-cv-523-KGB

**JAMES P. CLOUETTE, Attorney at Law;**
**JAMES H. PHILLIPS, Deputy Public Defender;**
**and LEON JOHNSON, Pulaski County Circuit Judge**               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, the Court dismisses without prejudice this case; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 5th day of January, 2016.

_____
Kristine G. Baker
United States District Judge